# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF  OHIO

UNITED STATES OF AMERICA

V.

Dwayne Funderburke

**CRIMINAL COMPLAINT**

CASE NUMBER: 2 : 07 mj 452

I, **Colin Grosser**, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 2005 and continuing through June 2005, in Franklin County, in the Southern District of Ohio, defendant did,

Knowingly during and in relation to a drug trafficking crime carry a firearm in furtherance of the drug trafficking crime and did possess with intent to distribute and distribute over five grams of cocaine base, commonly referred to as crack, a schedule II narcotic controlled substance

in violation of Title **18 and 21** United States Code, Section(s) **924 (c) and 841(a)(1).**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

   (please see attached)

Continued on the attached sheet and made a part hereof:    ☒ YES    ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

10/31/2007
_____
Date

**Columbus, Ohio**
_____
City and State

**Terence P. Kemp, U.S. Magistrate Judge**
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

*PROBABLE CAUSE AFFIDAVIT – Dwayne FUNDERBURKE*
Page 1 of 5

I, **Colin Grosser**, being duly sworn, depose and state:

I have been a Special Agent (SA) of the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms, and Explosives since November 2000. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and ATF New Professional Training. I am familiar with Federal criminal laws pertaining to narcotics and firearm violations.

1. Police Officer Matt Montoney, Columbus Division of Police (CPD), Narcotics Bureau, informed ATF Special Agent Colin Grosser and ATF Task Force Officers Griggs, Slaughter and Orick that on April 26, 2005 he conducted a controlled purchase of two $20.00 rocks of crack cocaine through a confidential informant (CI) from 388 S. Central Avenue, Columbus, Ohio (CPD Project Number N-05-0597). Officer Montoney stated that during the controlled purchase, the CI observed a handgun on a coffee table. The CI returned to Officer Montoney with the two $20.00 rocks of suspected crack cocaine. The CPD Crime Laboratory determined this substance to be cocaine. Officer Montoney also informed ATF SA Grosser and ATF TFOs Griggs, Slaughter and Orick that a second controlled purchase was conducted on April 27, 2005 for one $20.00 baggie of marijuana from the occupants of 388 S. Central Avenue, Columbus, Ohio (CPD Project Number N-05-618). The marijuana was also tested by the CPD Lab and found to contain marijuana.

2. Given the two controlled purchases of narcotics from 388 S. Central Avenue, Columbus, Ohio on April 26 and 27, 2005, Officer Montoney obtained a search warrant for the address of 388 S. Central Avenue, Columbus, Ohio. This warrant was executed on this residence at approx. 8:10 PM on 04/27/2005. During the search warrant several items were seized to include one ballistic vest, 3.5 grams of crack cocaine, U.S. Currency, one Hi-Point 9mm-995 Rifle, serial number B58985, one Berretta 9mm pistol, serial number BER2520602, a video camera and videotape. All property seized was turned in as evidence to the Columbus Division of Police Property Room. Arrested as a result of this warrant were occupants Anthony SAVAGE, Dwayne FUNDERBURKE, and Daniel ALVARADO.

3. SA Grosser and TFO Orick reviewed the videotape seized from 388 S. Central Ave. The video is a homemade "crack house" video depicting Anthony SAVAGE and Dwayne FUNDERBURKE operating a crack house. The tape runs for approximately 43 minutes. At least four dates appear on the video: April 15, 2005; April 16, 2005; April 23, 2005; and April 24, 2005. Anthony SAVAGE videotaped and added commentary. SAVAGE was heard stating, "This is why the customers don't get their crack right here…he's (CHUBB) smokin' their shit instead of middlemannin' it like he should be…in the crack house live where common ordinary people come and try to get their fix…". CHUBB'S actions during the videotaped footage are indicative of a "runner or flagger" for narcotics traffickers. As a runner or flagger, one of the main responsibilities is to beckon to, signal, obtain for or bring crack cocaine addicted individuals to the area or residence where crack cocaine is being sold. In this footage, CHUBB is the runner for the crack cocaine addicted buyer. HAMLIN is in the background stating, "Man, Mark…give that lady her crack…." SAVAGE is also heard asking CHUBB, HAMLIN and FUNDERBURKE what the intended customer has to trade for the crack cocaine.

4. April 16, 2005, videotape time 24:52 - Michael HAMLIN is seen on videotape inside 388 S. Central Avenue, Columbus, Ohio. Videotape time 26:58 - a Beretta pistol is seen on the coffee table. The pistol is all black in color. Videotape time 27:25 - ALVARADO is seen on tape footage walking in from the bathroom area. Videotape time 28:58 - an unknown white female was seen on tape as ALVARADO, CHUBB, FUNDERBURKE, HAMLIN and SAVAGE answer the door. SAVAGE is seen wearing a ballistic vest with a dark cover. SAVAGE also had an all black pistol in his back right pocket. The handle of the pistol was seen protruding from the pocket while SAVAGE walked back and forth between the rear door of 388 S. Central

Avenue, Columbus, Ohio. Videotape time 30:48 - the unknown white female was seen handing U.S. Currency to SAVAGE and FUNDERBURKE is seen taking a baggie from his left front shorts pocket and removing what appears to be a small rock of crack cocaine. FUNDERBURKE then hands the unknown female the suspected crack rock and the female leaves 388 S. Central Avenue, Columbus, Ohio.

5. April 23, 2005, videotape time 1:56 - CHUBB is seen entering the rear door of 388 S. central Avenue, Columbus, Ohio with an unknown white male following to purchase crack cocaine. FUNDERBURKE was videotaping and heard adding commentary. FUNDERBURKE is heard stating, "Man, what you want…you want some crack?…it's ok man, you're cool, just relax…what would you do for a piece of crack? You want one? Oh…you want to buy one?" Videotape time 2:48 - a ballistic vest is seen hanging on the wall during the narcotics transaction. The ballistic vest cover is white and listed as one of the items seized during the search warrant dated April 27, 2005.

6. April 24, 2005, videotape time 3:01 - FUNDERBURKE taping SAVAGE and CHUBB having a conversation concerning the theft of crack cocaine from SAVAGE the previous night at the rear door of 388 S. Central Avenue, Columbus, Ohio. SAVAGE was heard saying, "…took a $20.00 piece from me and now I'd really like to shank him…but I'm just gonna' let him shank himself…" SAVAGE opens the rear door to reveal CHUBB standing on the rear porch. SAVAGE is then seen handing CHUBB a knife and stating, "get what you want to get…do it mack style…" CHUBB is then seen slicing his right hand finger area several times. FUNDERBURKE is heard stating, "he's good man, he's good man…he's bleeding."

7. April 24, 2005, videotape time 8:15 - FUNDERBURKE was seen "rapping" in front of the camera with a firearm in his hand in the front room of 388 S. Central Avenue, Columbus, Ohio. FUNDERBURKE later went on to "rap" about the firearm and did state, "…with this Beretta in my hand…pushin' bricks on South Central Avenue in the 614" – here FUNDERBURKE is referring to selling crack cocaine in Columbus, Ohio.

8. April 24, 2005, videotape time 9:50 - CHUBB is seen on videotape standing beside the ballistic vest with FUNDERBURKE videotaping in the front room of 388 S. Central Avenue, Columbus, Ohio. FUNDERBURKE is heard asking CHUBB, "Unc…tell us what you just did…" CHUBB was heard making statements that he had just stabbed an unknown male and slapped him in the face, "man, I stabbed that motherfucker…I grabbed him…I stabbed him and I slapped the shit out of that motherfucker." CHUBB was also heard stating that this unknown male cried during the beating.

9. April 24, 2005, videotape time 13:55 - CHUBB is seen with Charles LITTLEFIELD while FUNDERBURKE videotaped in the front room of 388 S. Central Avenue, Columbus, Ohio. FUNDERBURKE asks what each would do for a piece of crack cocaine and then tosses a small crack rock on the carpet and watches CHUBB and LITTLEFIELD search for it. CHUBB is seen with a screwdriver in his hand attempting to stab LITTLEFIELD'S hands and fingers while he attempts to take possession of the crack rock. Videotape time 13:58 - a chrome pistol was seen on a coffee table while CHUBB and LITTLEFIELD search for the crack rock. ALVARADO is heard on the videotape stating, "man, give Unc a chance man". Videotape time 15:37 - CHUBB is seen finally finding the crack rock on the carpet. CHUBB was seen placing the crack rock in his front left pants pocket. ALVARADO was heard stating, "did you get it Unc?"

10. This concludes the review/activity of the seized videotape with the crack house footage.

11. At approx. 2:00 PM on 05/31/2005, an ATF confidential informant (CI) called 614-405-4139 and talked with "CAP" to discuss the sale of crack cocaine. "CAP" stated one ounce of crack cocaine would cost the CI $800.00. The CI agreed to the price and told "CAP" the CI would call him later when at home.

12. Again on 05/31/2005, the CI placed a call to 614-405-4139 and told "CAP" where the CI lived. With the CI at the CI's residence, ATF Agents set up in surveillance vehicles in the surrounding area watching for "CAP" to approach on foot as he told the CI he would.

13. At approx. 5:02 PM a young black male arrived at the CI's residence on foot and entered the CI's residence. The subject stated he is known as "CAP", as in "Capital." CPD Officer Jerry Orick later identifies "CAP" as Dwayne FUNDERBURKE.

14. FUNDERBURKE tells the CI the two can do business and tells the CI that he stays at Colonial Square (a nearby apartment building complex) and he will return shortly with the crack cocaine. FUNDERBURKE left the residence.

15. The CI then informs SA Grosser of the situation concerning "CAP." ATF surveillance units pick up FUNDERBURKE and another young black male walking from the residence and lose sight of the two individuals once they walk into the Colonial Square complex.

16. At approx. 5:40 PM the CI places a call to FUNDERBURKE at 614-405-4139. A female answered the phone and stated she was "Dwayne's secretary" (later confirming FUNDERBURKE'S identity). FUNDERBURKE and the CI talk through the female as to how much longer FUNDERBURKE will be with the product. FUNDERBURKE is heard saying he is putting ice on it and is on his way out the door.

17. At approx. 5:51 PM on 05/31/2005, FUNDERBURKE returns to the CI's residence and walks into the kitchen and begins to weigh out 28.0 grams of suspected crack cocaine on the table. FUNDERBURKE can be seen with more suspected crack cocaine than he sells to the CI and places the remainder in a bag he states "...that's some powder I keep..." (referring to powder cocaine). The CI estimates that FUNDERBURKE has at least an additional 12.0g suspected crack cocaine. At approx. 5:53 PM the individual seen walking from the CI's residence earlier with FUNDERBURKE enters the kitchen and asks FUNDERBURKE "What did it jump back to?" presumably referring to the weight of the suspected crack cocaine. CPD Officer Brett Slaughter later identified this second individual as Daniel ALVARADO.

18. The CI paid FUNDERBURKE $770.00 in pre-recorded government funds for 27.5g of crack cocaine.

19. FUNDERBURKE and ALVARADO exit the residence and enter a vehicle driven by Anthony SAVAGE who was identified by CPD Officer Slaughter. This vehicle is a 2-door 1990 Honda Accord, Ohio tag DIP3653 and registers to Anthony SAVAGE at 1800 Kent Street, Columbus, Ohio 43205.

20. ATF Agents O'Brien and Grosser met with the CI immediately following the transaction and recovered 27.5g suspected crack cocaine. SA O'Brien later field-tested the product, which tested positive for cocaine. On 07/27/2005 the CPD Crime Lab determined this substance to be 25.8g cocaine base (crack cocaine).

21. On Tuesday, June 07, 2005, an ATF CI made an uncontrolled contact with Daniel ALVARADO on the west side of Columbus, Ohio, which was a coincidental meeting. The CI recognized ALVARADO from the previous drug transaction on 05/31/2005. ALVARADO identified himself to the CI as "Country." ALVARADO told the CI to call him 614-216-6072 to purchase crack cocaine. ALVARADO quoted a price of $800.00 for one ounce.

22. After this meeting, the CI contacted SA Grosser reference this encounter with ALVARADO. The CI met with SA Grosser in an attempt to place a recorded call to ALVARADO. Attempts to call 614-216-6072 were unsuccessful. The CI then left the ATF office to attempt to obtain another number for ALVARADO.

23. Later that day, the CI ultimately received a number of 614-405-4139 from residents of an apartment near where it is believed ALVARADO lives and/or frequents (Colonial Square). The number provided by an unknown individual is the number the CI used to contact FUNDERBURKE on the prior one ounce suspected crack cocaine deal on 05/31/2005. The CI returned to meet with SA Grosser at the ATF office.

24. At approx. 2:30 PM EST on 06/07/2005, the CI called 614-405-4139 and spoke with ALVARADO. ALVARADO stated he would call the CI back with a new number to reach ALVARADO. ALVARADO and the CI exchanged NexTel Direct Connect numbers. ALVARADO stated "my brother already got everything ready for you and shit." ALVARADO is making reference to FUNDERBURKE. The CI told ALVARADO to meet at the CI's residence at 3:30 PM EST.

25. FUNDERBURKE then called the CI and asked why the CI was dealing with ALVARADO for $800.00/oz. when FUNDERBURKE told the CI he could provide one ounce of crack cocaine to the CI for $700.00. The CI spoke with FUNDERBURKE stating he thought ALVARADO and FUNDERBURKE were dealing together and that it did not matter with whom the CI dealt with on the phone. FUNDERBURKE stated he and the CI would talk when the two would meet at 3:30 PM EST.

26. At approx. 3:30 PM EST on 06/07/2005 the CI and SA Colin Grosser, acting in an undercover capacity, arrived at the CI's residence to find FUNDERBURKE waiting in the area of the CI's residence. SA Grosser and the CI entered the CI's residence ahead of FUNDERBURKE and activated the surveillance equipment. SA Grosser observes FUNDERBURKE doing a drug transaction with the CI in the kitchen. The CI paid FUNDERBURKE $700.00 in pre-recorded government funds for one ounce of suspected crack cocaine. A videotape of this transaction was recorded.

27. On 09/23/2005, the CPD Crime Lab determined this substance to be 21.8 g cocaine base (crack cocaine).

28. As of 09/13/2007, FUNDERBURKE has an active warrant issued by the Ross County, Ohio Sheriff's Office for failure to appear on a drug trafficking charge from an indictment returned by that Grand Jury on 04/27/2007.

29. Based upon the above information, your affiant believes probable cause exists to arrest Dwayne FUNDERBURKE as he did possess a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. 924(c) and did possess with intent to distribute and distribute over five grams of cocaine base, commonly referred to as crack, a schedule II narcotic controlled substance in violation of 21 U.S.C. 841(a)(1).

AO 91 (Rev. 3/99) Criminal Complaint

Page 5 of 5

_____

**Colin Grosser**
**Special Agent, ATF**


Sworn to and subscribed before me this **31st** day of **October**, **2007**, at Columbus, Ohio .

_____
**Terence P. Kemp**
**U.S. MAGISTRATE JUDGE**